UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRETT MICHAEL WATSON,**

   Plaintiff,

v.                                                  **No. 4:25-cv-00667-P**

**RAGLE INCORPORATED,**

   Defendant.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF No. 58, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Rule 12(b)(6) Partial Motion to Dismiss be **GRANTED**. Counts II and III are **DISMISSED without prejudice**. Counts IV through IX are **DISMISSED with prejudice**.

**SO ORDERED** on this **8th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE